```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BAMFORD, INC., A Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3035 |
| v. | ) ) ) | |
| PONDEROSA PARTNERS, A Nebraska General Partnership, and RICHARD POSTON, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court for determination of place of trial. Plaintiff has requested trial in North Platte, Nebraska. Defendants have requested trial in Lincoln.

Having reviewed the request and having given consideration to the convenience of the litigants, witnesses, and counsel, as required by NELR 40.1(a)(1)(D), the court finds that North Platte, Nebraska, should be designated as place of trial.

IT THEREFORE HEREBY IS ORDERED,

1. Plaintiff's motion for trial at North Platte, filing no. 10, is granted.

2. Defendant's request for trial in Lincoln, filing no. 3, is denied.

3. Trial will be held in North Platte, Nebraska and the case calendared accordingly.

DATED this 25th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge