```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BAMFORD, INC.,<br>A Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3035 |
| v. | ) ) | |
| RICHARD POSTON, et al., | ) ) | ORDER |
| Defendants. | ) | |

The records of the court show that on February 17, 2009, (Filing No. 8), a letter was sent to attorney Jeffrey L. Orr from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of April 1, 2009, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

IT THEREFORE HEREBY IS ORDERED,

On or before April 15, 2009 attorney Jeffrey L. Orr shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED: April 1, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge