IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2009 JUN 11 AM 11: 35
OFFICE OF THE CLERK

| | | |
|---|---|---|
| Bamford, Inc., | ) | Case Number: 4:09CV03035 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT TO EXERCISE |
| | ) | OF JURISDICTION BY A |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| Ponderosa Partners, A Nebraska | ) | AND |
| General Partnership and Richard Poston, | ) | ORDER OF REFERENCE |
| Defendant | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Ponderosa Partners and Richard Poston | June 8, 2009 |
| | For Bamford, Inc. | June 8, 2009 |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

6/11/09
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF _____ ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03