IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BAMFORD, INC., A Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3035 |
| v. | ) ) ) | |
| RICHARD POSTON, and PONDEROSA PARTNERS, A Nebraska General Partnership, | ) ) ) ) | JUDGMENT |
| Defendants. | ) ) | |

Pursuant to the oral findings of fact and conclusions of law made as required by Rule 52 and recited on the record at the close of the non-jury trial on March 12, 2010,

IT IS ORDERED that judgment is entered for Defendants Richard Poston and Ponderosa Partners, a Nebraska General Partnership, and against Plaintiff Bamford, Inc., a Nebraska Corporation, providing that Plaintiff shall take nothing and this case is dismissed with prejudice. Taxable costs are assessed to Plaintiff.

DATED this 15th day of March, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge