IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BAMFORD, INC., | ) | Case No. 4:09cv3035 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| PONDEROSA PARTNERS, A , | ) | DESTROYED |
| Nebraska General Partnership and | ) | |
| RICHARD POSTON, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

(Plaintiff exhibit numbers 1-8 and 11 & Defendant exhibit numbers 9, 10, 12-15

nonjury trial/ 3/12/2010)

If counsel fail to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 3rd day of May, 2010.

s/ *Richard G. Kopf*
United States District Judge